*Griswold* for respondent.

No. 173. MOORE *v.* CHESAPEAKE & OHIO RY. CO. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Messrs. John P. Bramhall* and *Edward Davidson* for petitioner. *Mr. Albert H. Cole* for respondent.

No. 178. NORTON, DEPUTY COMMISSIONER, *v.* VESTA COAL CO. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Solicitor General Biggs* for petitioner. *Mr. Wm. A. Challener* for respondent.

No. 194. FEDERAL TRADE COMM'N *v.* R. F. KEPPEL & BRO., INC. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Solicitor General Biggs* and *Mr. Robert E. Healy* for petitioner. *Messrs. George E. Elliott* and *Harris C. Arnold* for respondent.

No. 200. MISSOURI PACIFIC R. CO. *v.* HARTLEY BROS. October 9, 1933. Petition for writ of certiorari to the Supreme Court of Oklahoma granted. *Messrs. Thomas B. Pryor, Edward J. White,* and *William L. Curtis* for petitioner. *Messrs. G. C. Spillers* and *H. D. Moreland* for respondent.

No. 208. WILLIAMS *v.* UNION CENTRAL LIFE INS. CO. October 9, 1933. Petition for writ of certiorari to the